

# Case Assignment
## Standard Criminal Assignment

Case number **3:16CR-141-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Colin H. Lindsay
Magistrate Judge Code : 44AS

Assigned on 11/1/2016 1:03:01 PM
Transaction ID: 6391

[ Request New Judge ]　[ Return ]