

FILED
VANESSA L. ARMSTRONG

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

NOV 16 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

SUPERSEDING INDICTMENT

v.

NO.   3:16CR-141-DJH
18 U.S.C. § 2251(a)
**THOMAS WES HAGAN**                    18 U.S.C. § 2251(e)
18 U.S.C. § 2253

The Grand Jury charges:

### COUNT 1

On or about April 20, 2015, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **THOMAS WES HAGAN**, knowingly used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The Grand Jury further charges:

### COUNT 2

On or about April 5, 2013, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **THOMAS WES HAGAN**, knowingly used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Sections 2251(a) and 2251(e), as alleged in Counts 1 and 2 of this Superseding Indictment, felonies punishable by imprisonment for more than one year, the defendant, **THOMAS WES HAGAN**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions which were produced, transported, mailed, shipped or received in violation of the law and all property, real and personal, used or intended to be used to commit or to promote the commission of the offenses.

A TRUE BILL.

JOHN E. KUHN, JR.
UNITED STATES ATTORNEY

JEK:JEL:161110

2

UNITED STATES OF AMERICA v. **THOMAS WES HAGAN**

## PENALTIES

Count 1:      NL 15 yrs./NM 30 yrs./$250,000/both/NL 5 yrs./NM life supervised release
Count 2:      NL 15 yrs./NM 30 yrs./$250,000/both/NL 5 yrs./NM life supervised release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>**:

1.    **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

      <u>For offenses occurring after December 12, 1987:</u>

      No **INTEREST** will accrue on fines under $2,500.00.

      **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

      **PENALTIES** of:

      10% of fine balance if payment more than 30 days late.

      15% of fine balance if payment more than 90 days late.

2.      Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.      Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

      If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.   18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.      That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.      Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court |
| | 106 Gene Snyder U.S. Courthouse |
| | 601 West Broadway |
| | Louisville, KY    40202 |
| | 502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court |
| | 120 Federal Building |
| | 241 East Main Street |
| | Bowling Green, KY    42101 |
| | 270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court |
| | 126 Federal Building |
| | 423 Frederica |
| | Owensboro, KY    42301 |
| | 270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court |
| | 127 Federal Building |
| | 501 Broadway |
| | Paducah, KY    42001 |
| | 270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.   3:16CR-141-DJH

# UNITED STATES DISTRICT COURT

Western  District  of  Kentucky
Louisville Division

## THE UNITED STATES OF AMERICA

vs.

THOMAS WES HAGAN

## SUPERSEDING INDICTMENT

**Title 18 U.S.C. § 2251(a); 2251(e):
Using, Persuading, Inducing, Enticing, and
Coercing a Minor to Engage in Sexually Explicit
Conduct for the Purpose of Producing Visual
Depictions, Produced Using Materials Mailed,
Shipped, and Transported in Interstate
Commerce.**

*A true bil.*

*eman*

*Filed in open court this 16th day, of November, A.D. 2016.*

*Clerk*

*Bail, $*

FILED
VANESSA L. ARMSTRONG

NOV 10 2016

U.S. DISTRICT COURT
WESTN. DIST. KENTUCKY