FILED
VANESSA L. ARMSTRONG

NOV 16 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                    CRIMINAL ACTION NO. 3:16CR-141-DJH

THOMAS W. HAGAN                                            DEFENDANT

## MOTION TO SEAL SUPERSEDING INDICTMENT

Comes the United States of America, by counsel, Jo E. Lawless, Assistant United States

Attorney for the Western District of Kentucky, and moves the Court pursuant to Rule 6(e),

Federal Rules of Criminal Procedure, to order and direct that the Superseding Indictment

returned by the Federal Grand Jury this November 16, 2016, charging the above-named

defendant with a violation of Title 18, United States Code, Sections 2251(a), and 2251(e), be

kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned

unexecuted, and to further order that until the defendant is in custody, or has given bail, or the

warrant for arrest is returned unexecuted, that no person disclose the return of the Superseding

Indictment, or any warrant or order issued pursuant thereto except as necessary for the issuance

and execution of warrant for the arrest of the defendant.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

Jo E. Lawless
Assistant U.S. Attorney