UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                  CRIMINAL ACTION NO. 3:16CR-141-DJH

THOMAS W. HAGAN                                             DEFENDANT

### ORDER

The Superseding Indictment, returned by the Federal Grand Jury, charging the above-named defendant with a violation of Title 18, United States Code, Sections 2251(a), and 2251(e), is hereby ORDERED to be kept secret until the defendant is in custody, or has given bail, or the warrant for arrest is returned unexecuted, and no person shall disclose the return of this Superseding Indictment or any warrant or order issued pursuant thereto, except as necessary for the issuance and execution of warrant for the arrest of the defendant.

This 16th day of November, 2016.

_____
Honorable Dave Whalin
United States Magistrate Judge

**ENTERED**

NOV 16 2016

VANESSA L. ARMSTRONG
BY _____
DEPUTY CLERK