USDC KYWD  - Minute Order (Rev. 08/11)

# United States District Court
# Western District of Kentucky
# at Louisville

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| VS. | **CRIMINAL ACTION NUMBER: 3:16CR-141-DJH** |
| **THOMAS WESLEY HAGAN** | **DEFENDANT** |

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge and was called in open Court on November 18, 2016 to conduct an initial appearance on a sealed Indictment.

APPEARANCES
For the United States:   Joshua Judd, on behalf of Jo E. Lawless,  Assistant United States Attorney
For the defendant:         Defendant, Thomas Wesley Hagan - Present and in custody
Court Reporter:              Digital Recording

Upon motion of the United States to unseal the Indictment,

**IT IS HEREBY ORDERED** that the Indictment is **UNSEALED**.

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charges contained therein, and was advised of his rights.  The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. The Court appointed the Office of the Federal Defender to represent the defendant.

The United States having moved for detention,

**IT IS HEREBY ORDERED** that this case is scheduled for arraignment proceedings and a detention hearing on **November 21, 2016 at 1:00 p.m.** before the Honorable Colin H. Lindsay, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

This 18th day of November, 2016

> **ENTERED BY ORDER OF THE COURT:**
> **COLIN H. LINDSAY**
> **UNITED STATES MAGISTRATE JUDGE**
> **VANESSA L. ARMSTRONG, CLERK**
> **BY: /s/** *Theresa L. Burch* **- Deputy Clerk**

0|15      cc: Counsel, USP