UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
**(Filed Electronically)**

CRIMINAL ACTION NO. 3:16CR-141-DJH
UNITED STATES OF AMERICA, PLAINTIFF,

vs.

THOMAS WESLEY HAGAN, DEFENDANT.

### MOTION FOR HEARING TO RECONSIDER DETENTION

Comes the defendant, Thomas Hagan, by counsel, and moves this Court to hold an additional detention hearing pursuant to 18 U.S.C. § 3142. In support thereof, the defendant states as follows:

On November 21, 2016, the Court held a detention hearing pursuant to 18 U.S.C. § 3142, and as a result, the Court found that the detention of the defendant, Thomas Hagan, was warranted. (DN 18, Order of Detention Pending Trial).

One of the primary issues considered by Judge Lindsay were the living arrangements that were available to the defendant. The Court noted, when announcing the decision to detain, that should the defendant obtain suitable living arrangements (which could neutralize any potential danger to the community), the Court would be willing to reconsider its decision.

Since that time, Glen Hagan, the defendant's father, has secured a home on Bernheim Lane (the exact address has been furnished to the Probation Office), in Louisville, that is available for rent on a month to month basis. He has contacted the owner, who is aware of the defendant's legal situation, and is willing to provide financing for this rental. In addition, Mr. Hagan is willing to be a third party custodian. He would not be able to move into that home with Mr. Hagan, but would

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

1

be willing to check up on him on a frequent basis, including spending the night on occasion.

Other factors weighing in favor of the defendant's release which were articulated by the defense at the initial detention hearing, including but not limited to his employment, and his minimal criminal record, are incorporated into this motion.

**Wherefore**, the defendant respectfully requests the Court schedule a detention hearing in this case to reconsider its prior ruling.

/s/Donald J. Meier
Assistant Federal Defender
200 Theatre Building
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

## **CERTIFICATE**

I hereby certify that on December 13, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Hon. Jo Lawless, Assistant United States Attorney.

/s/Donald J. Meier

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808