Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
**(Filed Electronically)**

CRIMINAL ACTION NO. 3:16CR-141-DJH
UNITED STATES OF AMERICA,                                                PLAINTIFF,

vs.

THOMAS WESLEY HAGAN,                                                     DEFENDANT.

### ORDER

Motion having been made and this Court being sufficiently advised;

**IT IS HEREBY ORDERED THAT** pursuant to 18 U.S.C. § 3142, a detention hearing be held on_____,2016 to reconsider the Court's prior ruling and determine whether the defendant can be released pending further proceedings in this case.