UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                           CRIMINAL ACTION NO. 3:16CR141-DJH

THOMAS WESLEY HAGAN                                                        DEFENDANT

– *ELECTRONICALLY FILED* –
**UNOPPOSED MOTION TO CONTINUE TRIAL**

Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, and moves the Court to continue the trial of the above-referenced case. In spite of due diligence, the parties are engaged in continuing discovery as well as efforts to resolve the case short of trial.

The United States requests continuance of the currently scheduled trial pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), to allow reasonable time necessary for effective trial preparation for both parties, taking into account due diligence. Counsel for the United States is authorized to advise the Court that the defense has no objection to the requested continuance.

The instant motion is not presented for any improper purpose. There is no intent to unnecessarily delay resolution of the issues before the Court.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

*/s/ Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7065
(502) 582-5097 (Fax)

<u>Certificate of Service</u>

      I hereby certify that a copy of the foregoing was sent by electronic transmission through the Court's ECF system to defense counsel on December 17, 2016.

                                              <u>/s/ *Jo E. Lawless*             </u>
                                              Jo E. Lawless
                                              Assistant United States Attorney