UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                               PLAINTIFF

vs.                                                              CRIMINAL ACTION NO. 3:16CR141-DJH

THOMAS WESLEY HAGAN
                                                                                                       DEFENDANT

## ORDER

This matter is before the Court on an unopposed motion by the United States of America to continue the trial of the above-referenced case.  **IT IS ORDERED** that the motion is **GRANTED** and the time between the filing of the motion and the new trial date is excluded from calculations under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The ends of justice are best served by allowing the continuance in order to allow reasonable time necessary for effective trial preparation for both parties and outweigh the interests of the public and the defendant in a speedy trial.  A new trial date will be set by separate Order.