UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                              PLAINTIFF

vs.                                              CRIMINAL ACTION NO. 3:16CR141-DJH

THOMAS WESLEY HAGAN                                                                  DEFENDANT

– *ELECTRONICALLY FILED* –
**RESPONSE TO MOTION FOR HEARING TO RECONSIDER DETENTION**

Comes the United States of America, by counsel, Assistant United States Attorney Jo E. Lawless, in response to defendant's motion for a hearing to reconsider detention and states no objection to the request for the hearing.   For the reasons outlined during the original hearing, however, the United States continues to oppose the defendant's release.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

*/s/ Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 625-7065
(502) 582-5097 (Fax)

Certificate of Service

I hereby certify that a copy of the foregoing was sent by electronic transmission through the Court's ECF system to defense counsel on December 28, 2016.

*/s/ Jo E. Lawless*
Jo E. Lawless
Assistant United States Attorney