UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                   PLAINTIFF

vs.                                       CRIMINAL ACTION NO. 3:16CR141-DJH

THOMAS WESLEY HAGAN                                            DEFENDANT

## **ORDER**

This matter is before the Court on the defendant's motion for a hearing to reconsider detention. The United States of America responded and noted no objection to the requested hearing. **IT IS ORDERED** that the motion is **GRANTED** and a hearing will be held on _____, 2017, at _____.