UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**     **PLAINTIFF**

**VS.**     **CRIMINAL ACTION NO. 3:16CR-141-DJH**

**THOMAS WESLEY HAGAN**     **DEFENDANT**

### ORDER

    The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge and was called in open Court on January 11, 2017, for a hearing on the defendant's motion to reconsider detention. Jo E. Lawless, Assistant United States Attorney, was present on behalf of the United States. The defendant, Thomas Wesley Hagan was present, in custody, with Donald J. Meier, appointed counsel. The proceedings were recorded by Alan Wernecke, Official Court Reporter.

    The defendant was detained by order of this Court following a detention hearing on November 21, 2016. Subsequently, the defendant filed a motion to reconsider detention (DN 19).

    After hearing arguments from counsel, the Court determined that the defendant failed to present sufficient evidence to alter the previous Order of Detention (DN 18). For the reasons fully stated on the record,

    **IT IS HEREBY ORDERED** that the defendant's motion for release is **OVERRULED**. The defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

cc:     United States Attorney
             United States Probation
             Counsel for the Defendant

0|25