## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE
### (Filed Electronically)

**CRIMINAL ACTION NO. 3:16CR-141-DJH**
**UNITED STATES OF AMERICA,**                                                              **PLAINTIFF,**

vs.

**THOMAS WESLEY HAGAN,**                                                                    **DEFENDANT.**

### MOTION TO WITHDRAW

Comes the Federal Defender, appointed counsel for defendant Thomas Wesley Hagan, and moves the Court for leave to withdraw as counsel of record herein. As grounds for said motion, the undersigned states that on January 26, 2017, information came to the attention of the Federal Defender which creates a conflict of interest between defendant and another client of the Federal Defender, thus ethically requiring the Federal Defender to withdraw from both cases.

/s/ Scott T. Wendelsdorf
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

## **CERTIFICATE**

      I hereby certify that on January 26, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to Jo Lawless, Assistant United States Attorney. I also certify that on January 26, 2017, a copy of this motion was served on the defendant by mailing same to Thomas Wesley Hagan, Oldham County Jail, 102 West Main Street, Lagrange, Kentucky 40031.

      /s/ Scott T. Wendelsdorf

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808