UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

CRIMINAL ACTION NO. 3:16CR-141-DJH
UNITED STATES OF AMERICA,                                              PLAINTIFF,

vs.

THOMAS WESLEY HAGAN,                                                   DEFENDANT.

**ORDER**

The Federal Defender having moved the Court for leave to withdraw as appointed counsel for the defendant William Dallas Elmore, and the Court being sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the Federal Defender be, and it hereby is, granted leave to withdraw as counsel for the defendant William Dallas Elmore, and is hereby relieved of all further responsibility herein;

**IT IS FURTHER ORDERED AND ADJUDGED** that in all future proceedings in this matter requiring counsel, substitute counsel be appointed to represent defendant pursuant to the Criminal Justice Act.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808