UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA,** **Plaintiff**

**v.** Case No. 3:16-cr-141-DJH-CHL

**THOMAS WESLEY HAGAN,** **Defendant**

### Order on Ex Parte Hearing

Chief Federal Defender Scott T. Wendelsdorf moved to withdraw the Federal Defender's Office from representing Thomas Wesley Hagan in this matter. (DN 26.)

On February 7, 2017, the Court held an ex parte hearing on the motion. Don Meier appeared for Hagan. Hagan, who is in custody, did not attend. The United States did not attend. (*See* DN 28) ("The United States may attend if it seeks to assert a position on the motion.").

Local Criminal Rule 57.6 governs withdrawal in criminal cases. An attorney may withdraw if:

> (b) The attorney files a motion, certifies the motion has been served on the client, makes a showing of good cause, and the Court consents to the withdrawal on whatever terms the Court chooses to impose.

LCr 57.6(b).

At the hearing, the Court found good cause for the withdrawal. Additionally, Wendelsdorf certified that the motion was served on Hagan. (DN 26 at 2.)

Accordingly, the Court **GRANTS** the motion to withdraw (DN 26). The Court **DIRECTS** the Clerk of Court to appoint counsel from the Criminal Justice Act list.

0:15