UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**  **PLAINTIFF**

**V.**  **CRIMINAL ACTION NO. 3:16-CR-141-DJH**

**THOMAS WESLEY HAGAN**  **DEFENDANT**

## ORDER

The Office of the Federal Defender having moved the Court to withdraw as counsel of record due to a conflict of interest (DN 26), and the motion having been granted (DN 29),

**IT IS HEREBY ORDERED** that Patrick J. Renn, from the Criminal Justice Act attorney panel is appointed to represent the defendant in this matter, effective February 13, 2017.

cc: Counsel of record