## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**v.**                         **CRIMINAL ACTION NO. 3:16-CR-141-DJH**

**THOMAS WESLEY HAGAN**                                              **DEFENDANT**

### MOTION TO CONTINUE JURY TRIAL

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Comes the Defendant, **THOMAS WESLEY HAGAN** (hereinafter "Hagan"), by counsel, and respectfully moves the Court to continue his jury trial presently set to begin Monday, April 10, 2017 at 9:30 a.m. As grounds for this motion, Hagan states as follows:

Hagan's undersigned counsel was recently appointed to represent Hagan and additional time is needed to fully review discovery and prepare for trial. Hagan and the Government continue to negotiate a potential resolution of the case.

Hagan's undersigned counsel has discussed the filing of the motion with Assistant United States Attorney, Jo Ellen Lawless, and Ms. Lawless does not object to the Court granting the continuance.

The filing of this motion is not for the purpose of unfair delay or surprise and neither the United States, the public, nor Hagan will be prejudiced by the Court granting this motion.

Any delay caused by the filing of this motion should be excluded under the Speedy Trail Act, 18 U.S.C. §3161 et seq.

Respectfully Submitted,

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600 (fax)
prenn@600westmain.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2017, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

/s/ Patrick J. Renn
Counsel for Defendant
600 West Main Street, Suite 100
Louisville, Kentucky 40202
(502) 540-5700
(502) 568-3600
prenn@600westmain.com