UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                    Plaintiff,

v.                                               Criminal Action No. 3:16-cr-141-DJH-1

THOMAS WESLEY HAGAN,                                         Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

The Court conducted a status conference in this matter on July 12, 2017, with the defendant and the following counsel participating:

  For Defendant Hagan:  Patrick Renn

  For the United States:  Tom Dyke on behalf of Jo Lawless

The parties report completion of discovery and request a status conference on August 9, 2017. All other dates and deadlines remain the same. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is set for a telephonic status conference on **August 9, 2017, at 11:00 a.m.** The court will initiate the call. Please contact Natalie Thompson by email at nthompson@kywd.uscourts.gov with your direct dial telephone number by 8/4/2017. Counsel are advised that participation by cellular phone is not permitted.

July 12, 2017

**David J. Hale, Judge**
**United States District Court**

Court Time:  00/05
Court Reporter: Dena Legg

1