UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                                      Plaintiff,

v.                                                    Criminal Action No. 3:16-cr-141-DJH

THOMAS WESLEY HAGAN,                                                           Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

The Court conducted a telephonic status conference in this matter on August 9, 2017, with the following counsel participating:

For the United States:        Jo Lawless

For Defendant Hagan:        Patrick Renn

The parties have jointly moved the Court to continue the jury trial currently set for **September 18, 2017**, so as to allow additional time for ongoing plea negotiations.  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)      This matter is set for a status conference on **October 2, 2017, at 9:15 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2)      The jury trial is **REMANDED**.  A new trial date will be set during the October 2, 2017 status conference.

(3)      Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from September 18, 2017 to October 2, 2017 is excludable in computing the time within which the trial must commence under the Speedy Trial Act**.  The Court further finds that the ends of justice served by granting the motion

1

2

for continuance outweigh the best interests of the public and the defendant in a speedy trial because failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006).  This continuance is not being granted "because of general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

(4)       Due to the sensitive nature of the matters discussed, the parties agreed that the transcript of today's conference will be filed **UNDER SEAL**.

August 9, 2017

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/15
Court Reporter: Dena Legg
Cc: Jury Administrator

2