UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                           Plaintiff,

v.                                                Criminal Action No. 3:16-cr-141-DJH

THOMAS WESLEY HAGAN,                                           Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE

The Court conducted a status conference in this matter on November 22, 2017, with the following counsel participating:

    For the United States:    Spencer McKiness

    For Defendant Hagan:    Patrick Renn

The Court and counsel discussed the procedural posture of the case. Defendant Hagan was present. The Court anticipates setting a telephonic status conference by subsequent order.

November 27, 2017

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/05
Court Reporter: April Dowell

1