UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:16-cr-141-DJH |
| THOMAS WESLEY HAGAN, | Defendant. |

\* \* \* \* \*

### ORDER

A sentencing hearing is set in this matter for May 10, 2018. The parties' plea agreement is pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C). The agreement calls for a substantial reduction from that suggested by the sentencing guidelines. The Court thus requires additional time to consider the parties' plea agreement. The Court also requires additional input from counsel. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     The sentencing hearing in this matter, currently set for May 10, 2018, is **RESCHEDULED** for **May 22, 2018, at 11:00 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2)     Sentencing memoranda addressing the issues related to the Court's consideration of the parties' C plea agreement and the relevant factors under 18 U.S.C. § 3553(a) **SHALL** be filed by each party **on or before May 16, 2018**.

May 9, 2018

**David J. Hale, Judge**
**United States District Court**

1