

FILED
VANESSA L. ARMSTRONG, CLERK

MAY 22 2018

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                          Plaintiff,

v.                                              Criminal Action No. 3:16-cr-141-DJH

THOMAS WESLEY HAGAN,                                               Defendant.

\* \* \* \* \*

### ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS

I hereby acknowledge that as a part of my plea agreement with the United States, I waived the right to appeal the sentence I just received from the Court.

May 22, 2018                                    _____
Date                                                 Defendant's Signature