UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v. Criminal Action No. 3:16-cr-141-DJH

THOMAS WESLEY HAGAN, Defendant.

\* \* \* \* \*

## NOTICE OF CORRECTION

Under Federal Rule of Criminal Procedure 36, "[a]fter giving any notice it considers appropriate, the [C]ourt may at any time correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." Fed. R. Crim. P. 36. In entering the Judgment and Commitment Order in this matter (Docket No. 56), the Court failed to check the box indicating that Defendant Hagan "[was] remanded to the custody of the United States Marshal," even though Hagan remained in custody of the United States Marshals following sentencing. (*Id.*, PageID # 157) The Judgment and Commitment Order therefore presents a clerical error that this Court may correct pursuant to Rule 36.

Accordingly, notice is hereby given to the parties that the Court will enter an amended Judgment and Commitment Order on this date. The amended order will simply check the box that appears next to the line that reads: "The defendant is remanded to the custody of the United States Marshal." (*Id.*) Otherwise, the amended order will remain unchanged from the Judgment and Commitment Order entered May 29, 2018.

June 18, 2018

David J. Hale, Judge
United States District Court

1